*Formatted for Electronic Distribution*                                                             *Not For Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

**In re:**

    **Barry Alton Parker,**                                                 Chapter 13 Case             Filed & Entered
                Debtor.                                                   # 09-10186                 On Docket
_____                                   September 29, 2010

**Barry Alton Parker,**
              Plaintiff,
      v.                                                   **Adversary Proceeding**
**U.S. Bank National Association, as Trustee**         **# 09-1022**
**on behalf of the Holder of the Adjustable**
**Rate Mortgage Trust 2007-1, et al.,**
              Defendants.
_____

*Appearances:*      *Rebecca A. Rice, Esq.*            *Douglas J. Wolinsky, Esq.*
                              *Rutland, VT*                       *Primmer Piper Eggleston & Cramer PC*
                              *For Barry Alton Parker*       *Burlington, VT*
                                                                    *For U.S. Bank National Association*

## ORDER
### GRANTING IN PART & DENYING IN PART SUMMARY JUDGMENT TO U.S. BANK NATIONAL ASSOCIATION AND SCHEDULING FINAL PRE-TRIAL CONFERENCE

       For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the motion for summary judgment filed by U.S. Bank National Association (the "Bank') on June 14, 2010 (doc. # 22) is granted on the issue of whether Barry Alton Parker (the "Debtor") may obtain relief based on his TILA and RESPA claims against the Bank and judgment may be entered thereon in favor of the Bank; and is denied as to the Debtor's claim that the Bank lacks standing.

       IT IS FURTHER ORDERED that the Court shall hold a final pre-trial conference in this adversary proceeding at 11:30 a.m. on November 16, 2010, at the United States Bankruptcy Court, the Opera House, in Rutland, Vermont, and at the designated Vermont Interactive Television Sites.

       SO ORDERED.

                                                                                          /s/ Colleen A. Brown
                                                                                        _____

September 29, 2010                                                        Colleen A. Brown
Burlington, Vermont                                               United States Bankruptcy Judge