*Formatted for Electronic Distribution*            *For Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

**In re:**

    **Barry Alton Parker,**                    Chapter 13 Case
            **Debtor.**                       # 09-10186

_____

Filed & Entered
On Docket
March 18, 2011

**Barry Alton Parker,**
        **Plaintiff,**
    v.                                     Adversary Proceeding
**U.S. Bank National Association, as Trustee**     # 09-1022
**on behalf of the Holder of the Adjustable**
**Rate Mortgage Trust 2007-1, et al.,**
        **Defendants.**

_____

| *Appearances:* | Rebecca A. Rice, Esq. | Douglas J. Wolinsky, Esq. |
| | Cohen & Rice | Kevin Michael Henry, Esq. |
| | Rutland, VT | Primmer Piper Eggleston & Cramer PC |
| | *For Barry Alton Parker* | Burlington, VT |
| | | *For U.S. Bank National Association* |

### ORDER
### DENYING SUMMARY JUDGMENT MOTION OF U.S. BANK NATIONAL ASSOCIATION

    For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the motion for summary judgment filed by U.S. Bank National Association on December 15, 2010 (doc. ## 49, 50, 51) is DENIED.

    IT IS FURTHER ORDERED that the final pre-trial conference shall proceed, as previously scheduled, on May 18, 2011.

    SO ORDERED.

                                                                           _____

March 18, 2011                                         Colleen A. Brown
Burlington, Vermont                          United States Bankruptcy Judge